# United States Court of Appeals
## For the First Circuit

No. 02-2513

FIDEL ANGEL HERNANDEZ-BARRERA,

Petitioner,

v.

JOHN ASHCROFT, Attorney General,

Respondent.

ERRATA

The opinion of this court issued June 9, 2004, should be amended as follows:

On page 31, footnote 12, line 3, replace "desertion" with "persecution."